# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Robert Edward TORRES,<br><br>Defendant. | Magistrate Case No. '21 MJ4806<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Sec 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn states:

On or about December 6, 2021, within the Southern District of California, Defendant Robert Edward TORRES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Hector GARCIA-Bautista and Victoria GARCIA-Silva, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Adriana A. Burns, CBP Officer
U.S. Customs & Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th of December 2021.

HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Hector GARCIA-Bautista and Victoria GARCIA-Silva are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and they should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 6, 2021, at approximately 8:52 P.M., Robert Edward TORRES (Defendant) applied for admission into the United States from Mexico via the San Ysidro Port of Entry vehicle primary lanes, as the driver and sole visible occupant of a 2021 Toyota Corolla bearing California License plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a United States passport as his entry document and said he was going to Escondido, California with nothing to declare from Mexico. The CBP Officer inspected the trunk of the vehicle and discovered two individuals concealed inside. The Defendant was placed in handcuff restraints and escorted to the security office. The vehicle was driven to the secondary lot for further inspection.

In secondary, responding CBP Officers assisted two individuals out of the trunk of the vehicle, who were later identified as Hector GARCIA-Bautista (MW1) and Victoria GARCIA-Silva (MW2) and determined to be citizens of Mexico without documents to enter, pass through or remain in the United States; both were held as Material Witnesses.

During video recorded interviews, Material Witnesses stated they are citizens of Mexico with no legal documents to enter the United States. Material Witnesses stated they made smuggling arrangements with an unknown male in Mexico and were each going to pay a smuggling fee of $8,000.00 USD, upon successful entry into the United States. Material Witnesses stated they were traveling to Taft, California to seek employment.